# United States Court of Appeals for the Federal Circuit

ERRATA

February 2, 2009

Appeal No. 2008-1068, -1115 SUNDANCE, INC. and MERLOT TARPAULIN AND SIDEKIT MANUFACTURING COMPANY, INC.

Precedential Opinion

Decided: December 24, 2008

Please make the following change:

On page 6, line 7, delete "without comment"